|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | SEP 5 2018 |
|  | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

RITZA MARILU MARADIAGA-FLORES; JORGE JUNIOR MARTINEZ-MARADIAGA,

    Petitioners,

v.

JEFFERSON B. SESSIONS III, Attorney General,

    Respondent.

No. 18-71533

Agency Nos.  A208-542-439
                A208-542-438

ORDER

Before: Peter L. Shaw, Appellate Commissioner.

The motion to proceed in forma pauperis (Docket Entry No. 9) is granted. The Clerk shall amend the docket to reflect this status.

Respondent has filed a statement of non-opposition to the motion to stay removal pending review (Docket Entry No. 1). Pursuant to Ninth Circuit General Order 6.4(c), the temporary stay of removal continues in effect until issuance of the mandate or further order of the court.

The certified administrative record has been filed. The opening brief is due November 30, 2018; the answering brief is due February 1, 2019; and the optional reply brief is due within 21 days after service of the answering brief.

MBI/MOATT